IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH LAWTON WATKINS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>S. OJEDA, et al.,<br><br>　　　　Defendants.<br>_____/ | Case No. 1:10-cv-02263 JLT (PC)<br><br>ORDER DISREGARDING PLAINTIFF'S REQUEST FOR PARTIAL DISMISSAL<br><br>(Doc. 10) |

On March 21, 2011, Plaintiff filed a request for the voluntary dismissal of Defendants Olia and Murrells. This case, however, is closed. On January 3, 2011, the Court dismissed this action for Plaintiff's failure to state a cognizable claim. (Doc. 8.) Accordingly, the Court will disregard Plaintiff's March 21, 2011 request for the voluntary dismissal of certain defendants. Moreover, no further orders will be issued in this case.

IT IS SO ORDERED.

Dated:   **March 31, 2011**　　　　　　　　　　　　　/s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE